3:05 MJ 7116

NORTHERN DISTRICT OF OHIO - WESTERN DIVISION

TOLEDO, OHIO

FILED
05 JUN 21 PM 1:20
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

AFFIDAVIT

Your affiant, Charles R. Holloway, hereby states that I am a Special Agent of the Federal Bureau of Investigation (FBI) and have been so employed for the past twenty-two years. The following information is either personally known by the affiant, or is information provided to the affiant by victims, witnesses, or other law enforcement officials.

At approximately 2:18 AM on June 13, 2005, a message was left on the answering machine at the Center For Choice, a reproductive health services provider, located at 328 22nd Street, Toledo, Ohio. The message, which was left by a male caller, stated, "You guys can die and burn in hell, cause I am Satan and I will kill you all. God is dead. Fuck abortion you son of a bitches". The Center For Choice reported the matter to the Toledo Police Department on June 15, 2005, and they subsequently reported the matter to the Federal Bureau of Investigation (FBI) on June 20, 2005.

The service provider for the Center For Choice is Buckeye Telecommunications Systems. On June 20, 2005, security personnel at Buckeye Telecommunications Systems searched their records for calls coming into the telephones utilized by the Center For Choice, and they located one call

which was received on line (419) 259-2640. Personnel at the Center For Choice advised that calls received on their 800 number are routed to the (419) 259-2640 number. After hours, calls to the 800 number are recorded on the Center's answering machine.

Buckeye Communications Systems security personnel were able to trace the incoming call as having been placed from telephone number (419) 637-3151. It was established that this is a Verizon North telephone number.

On June, 20, 2005, security personnel at Verizon identified the subscriber to telephone number (419) 637-3151 as being Stephanie Ramirez, 735 South Main Street, Apartment 9, Gibsonburg, Ohio.

Investigation established that Stephanie Ramirez actually resides at 739 South Main Street, Apartment. 9, Gibsonburg, Ohio. On June 20, 2005, Stephanie Ramirez was interviewed at her residence, by the affiant, and Ramirez confirmed that her telephone number is (419) 637-3151.

Ramirez advised that on the early morning of June 13, 2005, she was at home with some friends when two male associates, Matt Homler and Tony Patino, came over to her residence. Homler and Patino were the only adult males at her residence that morning. While Homler and Patino were at Ramirez' residence, she heard Patino make a prank telephone

call and she took the telephone off of him. Shortly thereafter, she heard him making another call and she told him to stop making calls from her telephone. Ramirez questioned Patino as to who he had just called and he said he left a message on someone's answering machine. Ramirez indicated that she heard part of the message Patino left. Ramirez was allowed to listen to a message that was left on the answering machine at the Center For Choice on the morning of June 13, 2005, and she indicated that the portion of the message which stated "God is dead. Fuck abortion you son of a bitches" is the same as the statement she heard Patino leave on someone's answering machine on the morning of June 13, 2005. Ramirez also advised that she recognized the voice on the message as being that of Patino. Ramirez indicated that she has heard Patino make the statement "God is dead" on numerous occasions.

On June 21, 2005, Matthew Homler was interviewed by the affiant. Homler confirmed that on the morning of June 13, 2005, he and Tony Patino were at Stephanie Ramirez' residence in Gibsonburg, Ohio. Homler indicated that Patino was making prank telephone calls and he remembered that one prank call that Patino attempted to make was to a friend of their's in Texas, named Weddell (phonetic), however Weddell's telephone would not accept blocked calls. A tape containing the message left on the answering machine at the Center For Choice on the morning of June 13, 2005, was played for Homler and he indicated that he did not make the call. When asked

3

if he recognized the voice on the message, Homler stated that "it might be Tony's". Homler indicated that he had been drinking fairly heavy on the morning of June 13, 2005, and he did not hear all of the calls Patino made.

Investigation by the affiant identified Tony Patino as Luis A. Patino, Jr., also known as Tony Patino, Hispanic male, date of birth ████████ 1984, social security account number ████4855, residing at ████████████████ Fremont, Ohio.

Based upon the above, the affiant believes there is probable cause to show that Luis A. Patino, Jr., is the person who made the threatening telephone call to the Center For Choice, a reproductive health services provider, located at 328 22nd Street, Toledo, Ohio, on June 13, 2005, in violation of Title 18, U.S. Code, Section 248(a)(1).

Further affiant sayeth not.

1  
                     _Charles R. Holloway_  
2                       Charles R. Holloway  
                     Special Agent  
                     Federal Bureau of Investigation  
3                       Sandusky, Ohio  

4  

5  Subscribed and sworn to before me this _21st_ day of _June_,  
   2005.  
6  

7  

8                       _Vernelis K. Armstrong_  
                     Vernelis K. Armstrong  
9                       U.S. Magistrate Judge  

10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28